# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

James Kenney,                               :
             Petitioner       :
                              :
          v.                    :      No. 845 C.D. 2018
                              :
Workers' Compensation Appeal                :
Board (Lower Pottsgrove Township            :
and Delaware  Valley Workers'               :
Compensation Trust),                        :
             Respondents      :

## **O R D E R**

NOW, September 10, 2019, upon consideration of Respondents' application for reargument, and Petitioner's answer in response thereto, the application is denied.

 

_____

GRETCHEN C. HANRAHAN,
Chief Legal Counsel